IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ROXANNE KING and STACEY GRADY Individually and as Next Friend of MICHELL A. _____ ALYSA A. _____ and CHRISTIAN G. _____, <br><br>Plaintiffs,<br>vs.<br><br>PARKER MARCY, DAVID HASSLER, GARRETT WRIGHT, D.J. WALKER, DAVID HANEY, COREY SASSER, OFFICER RONNIE COOPER, OFFICER ERIC BUTLER, OFFICER JEREMY STAGNER, OFFICER TIMOTHY HOLLINGSWORTH, OFFICER CAMERON ARNOLD, OFFICER RICHARD LESKA, OFFICER CLAYTON PALMER, OFFICER CHRIS LOWTHER, AND INVESTIGATOR RESDEN TALBERT,<br><br>Defendants. | * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NUMBER:<br>2:17-CV-00112-LGW-RSB |

PLAINTIFFS MOTION TO EXTEND TIME FOR
SERVICE UPON DEFENDANTS

COME NOW the Plaintiffs, who file this Motion for an extension of time to serve TIMOTHY HOLLINGSWORTH, JEREMY STAGNER, and CAMERON ARNOLD. According to the Plaintiff's investigation, Defendant TIMOTHY HOLLINGSWORTH is currently in training away from the Glynn County Police Department and will not return until September, 2018. Defendants JEREMY STAGNER and CAMERON ARNOLD, are currently on deployment with the United States military and cannot be served. The Plaintiffs move to extend the time to serve the Defendants for such time as may be needed for the Defendants who are in training or on military duty.

Respectfully submitted on this the 8th day of June, 2018.

<u>/s/W. Douglas Adams</u>
Georgia Bar Number: 004650
Attorney for Plaintiffs
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia   31521-0857
(912) 265-1966
Email: <u>WDAdams@WDALaw.biz</u>

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROXANNE KING and STACEY GRADY Individually and as Next Friend of MICHELL A. _____ ALYSA A. _____ and CHRISTIAN G. _____, <br><br>     Plaintiffs, <br> vs. <br><br> PARKER MARCY, DAVID HASSLER, GARRETT WRIGHT, D.J. WALKER, DAVID HANEY, COREY SASSER, OFFICER RONNIE COOPER, OFFICER ERIC BUTLER, OFFICER JEREMY STAGNER, OFFICER TIMOTHY HOLLINGSWORTH, OFFICER CAMERON ARNOLD, OFFICER RICHARD LESKA, OFFICER CLAYTON PALMER, OFFICER CHRIS LOWTHER, AND INVESTIGATOR RESDEN TALBERT, <br><br>     Defendants. | CIVIL ACTION NUMBER: 2:17-CV-00112-LGW-RSB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 8th day of June, 2018.

/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz