IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROXANNE KING and STACEY GRADY * <br> Individually and as Next * <br> Friend of MICHELL A. _____ * <br> ALYSA A. _____ and CHRISTIAN* <br> G. _____, * <br>   * <br>   Plaintiffs,   * <br> vs.   * <br>   * <br> PARKER MARCY, DAVID HASSLER, * <br> GARRETT WRIGHT, D.J. WALKER, * <br> DAVID HANEY, COREY SASSER, * <br> OFFICER RONNIE COOPER, * <br> OFFICER ERIC BUTLER, * <br> OFFICER JEREMY STAGNER, * <br> OFFICER TIMOTHY HOLLINGSWORTH,* <br> OFFICER CAMERON ARNOLD, * <br> OFFICER RICHARD LESKA, * <br> OFFICER CLAYTON PALMER, * <br> OFFICER CHRIS LOWTHER, AND * <br> INVESTIGATOR RESDEN TALBERT, * <br>   * <br>   Defendants.   * | CIVIL ACTION NUMBER: <br> 2:17-CV-00112-LGW-RSB |

<u>PLAINTIFFS' MOTION TO STRIKE CLAYTON PALMER'S UNTIMELY ANSWER
AND FOR ENTRY OF A DEFAULT BY THE CLERK</u>

COME NOW the Plaintiffs, move that the Court strike the untimely answer filed by CLAYTON PALMER. The Plaintiffs also move the Clerk of this Court enter a Default as to the Defendant Clayton Palmer. Clayton Palmer was served on August 13, 2018. Clayton Palmer did not file a timely Answer. His Answer was filed on September 10, 2018. The Motion to Dismiss filed by Clayton Palmer was not filed within the time in which Palmer could have filed a timely Answer. Accordingly, Palmer is in Default and the Clerk of the Court should enter a Default as to Clayton Palmer.

The Defendant, Clayton Palmer has offered no excuse to justify his late filing of the Answer or Motion to Dismiss. Where a party offers no good reason for the late filing of its Answer, entry of

a Default Judgment against that party is appropriate. See <u>McGrady v. D'Andrea Electric, Inc.</u>, 434 F.2d 1000, (5th Cir. 1970). Parties must file responsive pleadings within 21 days after being served, and a Motion to Dismiss must be filed before any responsive pleadings. See Federal Rules of Civil Procedure 12(a)(1). The Answer of Clayton Palmer and his Motion to Dismiss were not timely. Accordingly, the Answer should be stricken, and a Default should be entered against Defendant Clayton Palmer.

    Respectfully submitted on this the 5th day of October, 2018.


/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiffs
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia   31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz

```
          IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF GEORGIA
                   BRUNSWICK DIVISION
```

| | |
|---|---|
| ROXANNE KING and STACEY GRADY *<br>Individually and as Next *<br>Friend of MICHELL A. _____ *<br>ALYSA A. _____ and CHRISTIAN*<br>G. _____, *<br> *<br>     Plaintiffs, *<br>vs.  *<br> *<br>PARKER MARCY, DAVID HASSLER, *<br>GARRETT WRIGHT, D.J. WALKER, *<br>DAVID HANEY, COREY SASSER, *<br>OFFICER RONNIE COOPER, *<br>OFFICER ERIC BUTLER, *<br>OFFICER JEREMY STAGNER, *<br>OFFICER TIMOTHY HOLLINGSWORTH,*<br>OFFICER CAMERON ARNOLD, *<br>OFFICER RICHARD LESKA, *<br>OFFICER CLAYTON PALMER, *<br>OFFICER CHRIS LOWTHER, AND *<br>INVESTIGATOR RESDEN TALBERT, *<br> *<br>     Defendants. * | CIVIL ACTION NUMBER:<br>2:17-CV-00112-LGW-RSB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 5th day of October, 2018.


/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz