IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Roxanne King, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:17-CV-112 |
| v. | |
| Parker Marcy, et al., | |
| Defendants. | |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.   DISCOVERY**

A. Is all discovery completed in this case?

☐ Yes        ☒ No

- If "No", please list what discovery is remaining:

**Plaintiffs' Response: Two of the Defendants are deployed in the military and have not been deposed. There are a few other depositions that Plaintiffs would like to take and that should be able to be taken within the next month.**

**Defendants' Response: Defendants object to any further discovery. The discovery period has already been significantly protracted, and Plaintiffs have never sought any further extensions of the discovery period.**

B. Are there any discovery issues which have been or will be brought before the Court for resolution?

☐ Yes        ☒ No

- If "Yes", please briefly explain:

Click here to enter text.

**II.   SETTLEMENT**

    A. Have the parties made efforts to resolve this case?

        ☐ Yes        ☒ No

- If "Yes", please explain those efforts:

Click here to enter text.

    B. Are the parties prepared to discuss settlement of this case with the Court at this time?

        ☐ Yes        ☒ No

- If "No", please explain:

**Defendants intend to file a motion for summary judgment on all claims. The undersigned defense counsel does not believe that settlement discussions would be fruitful until after a ruling on that anticipated motion.**

    C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

        ☒ Yes        ☐ No

- If "Yes", please list those parties:

**Defendants may have coverage for the claims asserted in this case pursuant to a coverage agreement between Glynn County and the Association of County Commissioners of Georgia – Interlocal Risk Management Agency. Therefore, a representative from that entity would need to be involved in any settlement discussions.**

    D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

**If the Court wishes to conduct a status conference, the undersigned**

>  **can be available on December 21 or 27.**
>
>  **As an additional note, if the Court wishes to have a status conference and requires that someone with settlement authority be present, Defendants respectfully request that they be allowed to have someone with settlement authority participate by telephone. Alternatively, Defendants request that the conference be scheduled for a later date in order to allow Defendants' representative ample time to make travel arrangements. As noted above, Defendants would need to have present a representative from the Association of County Commissioners of Georgia-Interlocal Risk Management Agency. That representative is located in Atlanta.**

III.  MOTIONS

    A. The Plaintiff(s) anticipate filing the following Motions:

        ☐   None

        ☐   Motion for Summary Judgment

        ☐   Motion to Exclude Expert Testimony

        ☒   Other Motion(s) (Except for Motions in Limine), please explain:

**The Plaintiffs will ask for leave to substitute the executor of the Estate of Corey Sasser, who is now deceased.  The executor was appointed on August 27, 2018, and has the six month protection against suit until February 27, 2018, provided by law.**

    B. The Defendant(s) anticipate filing the following Motions:

        ☐   None

        ☒   Motion for Summary Judgment

        ☐   Motion to Exclude Expert Testimony

        ☐   Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

IV.  ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

**There are several other motions currently pending before the Court. In this regard, six of the Defendants have pending motions to dismiss. Also, the Plaintiffs have a Motion for Default Judgment and a Motion to Strike the Answer of one of the Defendants.**

**The Plaintiffs may also file a Motion to Strike the Answers of 2 Defendants who failed to appear for their duly noted depositions.**


Dated:  December 14, 2018


/s/ W. Douglas Adams
Counsel for Plaintiff(s)


/s/ Steven G. Blackerby
Counsel for Defendant(s)