IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROXANNE KING and STACEY GRADY Individually and as Next Friend of MICHELLE A. _____ ALYSA A. _____ and CHRISTIAN G. _____, <br><br>Plaintiffs, <br>vs. <br><br>PARKER MARCY, DAVID HASSLER, HERSHELL GARRETT WRIGHT, D.J. WALKER, DAVID HANEY, ROBERT COREY SASSER, RONNIE COOPER, _____ BUTLER, JEREMY STAGNER, TIMOTHY HOLLINGSWORTH, CAMERON ARNOLD, RICHARD LESKA, CLAYTON PALMER, CHRIS LOWTHER, AND RESDEN TALBERT, <br><br>Defendants. | CIVIL ACTION NUMBER: 2:17-CV-00112-RSB-BWC |

## AMENDED COMPLAINT

### JURISDICTION

1. Jurisdiction in this case is invoked pursuant to the provisions of 28 U.S.C. § 1343(3). This is an action at law to secure the protection of and the redress of the deprivation of rights secured to the Plaintiffs by the Fourth, Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States, and by 42 U.S.C. § 1983. The Court's supplemental jurisdiction is invoked for claims arising under Georgia law.

### PARTIES

2. The Plaintiff, ROXANNE KING and STACEY GRADY, are citizens of the United States and residents of the Southern District of Georgia, which is within the jurisdiction of this Court.

3. The Defendant, PARKER MARCY is a resident of Glynn County, Georgia and is subject to the jurisdiction of this Court.

4. The Defendants DAVID HASSLER, HERSHELL GARRETT WRIGHT, D.J. WALKER, DAVID HANEY, ROBERT COREY SASSER, RONNIE COOPER, ___ BUTLER, JEREMY STAGNER, TIMOTHY HOLLINGSWORTH, CAMERON ARNOLD, RICHARD LESKA, CLAYTON PALMER, CHRIS LOWTHER, and RESDEN TALBERT were Glynn County Police Officers acting under color of State law at the time of the incident which gave rise to this action.

5. On December 15, 2015, PARKER MARCY, accompanied by several male Glynn County Police Officers, as well as at least one female Glynn County Police Officer, came to the Plaintiff Roxanne King's residence at 237 Cornwall Street, Brunswick, Glynn County, Georgia.

6. At the aforesaid time and place, the door to the residence was busted down, and the Defendants entered the said residence brandishing firearms and making threats of death or serious bodily injury.

7. At the aforesaid time and place, A***** Alexander was then 7 years of age and C******** Grady was then 3 years of age, and were being bathed by Roxanne King.

8. The Plaintiff Roxanne King shows that she was hand-cuffed and held under arrest for a lengthy period of time, and the two minor children referred to in Paragraph 7 were removed from the residence naked and placed in a police vehicle.

9. The Plaintiff Roxanne King sustained injuries from the aforesaid conduct of the Defendant, and she has suffered physical and mental suffering due to the injuries inflicted upon her.

10. The wrongful assault and battery committed upon the Plaintiff, together with the injury, inflicted upon the Plaintiff by the Defendant, was done under color of law and authority, and said wrongful acts were done intentionally, negligently, and with a complete and deliberate indifference to the Plaintiff's rights, and all of said wrongful conduct has caused the Plaintiff to be deprived of her constitutional rights, including but not limited to the Fourth and Fourteenth Amendments to the United States Constitution, as well as being a violation of the Plaintiff's Georgia Constitutional rights and also constitute assault, battery, and willful infliction of extreme emotional distress.

10. The Defendants are liable to the Plaintiff Roxanne King for actual and punitive damages as result of the foregoing acts of misconduct.

11. Parker Marcy, David Hassler, Garrett Wright, D. J. Walker, David Haney, Corey Sasser, Ronnie Cooper, Officer Butler, Jeremy Stagner, Timothy Hollingsworth, Cameron Arnold, Officer Richard Leska, Officer Clayton Palmer, Chris Lowther, and Investigator Resden Talbert were Glynn County police officers acting under color of state law. Who participated in the incident described in paragraphs 5 through 9 hereinabove.

WHEREFORE, the Plaintiffs pray for the following:

A. That the Plaintiffs be granted a trial by jury as to all contested issues of fact;

B. That the Plaintiffs recover actual damages of not less than $250,000.00 and punitive damages of not less than $250,000.00 from each of the Defendants; and

C. That the Plaintiffs recover reasonable attorney's fees and other costs of litigation together with such other relief as to which the Plaintiffs may be entitled.

This the 26th day of February, 2019.

W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiffs
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROXANNE KING and STACEY GRADY  \*<br>Individually and as Next      \*<br>Friend of MICHELLE A. _____  \*<br>ALYSA A. _____ and CHRISTIAN\*<br>G. _____,                \*<br>                                \*<br>     Plaintiffs,                \*<br>vs.                             \*<br>                                \*<br>PARKER MARCY, DAVID HASSLER,    \*<br>HERSHELL GARRETT WRIGHT, D.J.   \*<br>WALKER, DAVID HANEY, ROBERT     \*<br>COREY SASSER, RONNIE COOPER,    \*<br>\_\_\_\_\_ BUTLER, JEREMY STAGNER,   \*<br>TIMOTHY HOLLINGSWORTH,          \*<br>CAMERON ARNOLD, RICHARD LESKA, \*<br>CLAYTON PALMER, CHRIS LOWTHER, \*<br>AND RESDEN TALBERT,             \* | CIVIL ACTION NUMBER:<br>2:17-CV-00112-LGW-RSB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 26th day of February, 2019.


/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz