```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF GEORGIA
                     BRUNSWICK DIVISION

ROXANNE KING and STACEY GRADY    *
Individually and as Next         *
Friend of MICHELLE A. _____    *
ALYSA A. _____ and CHRISTIAN   *
G. _____,                    *
                                 *
      Plaintiffs,                *
vs.                              *   CIVIL ACTION NUMBER:
                                 *   2:17-CV-00112-RSB-BWC
PARKER MARCY, DAVID HASSLER,     *
HERSHELL GARRETT WRIGHT, D.J.    *
WALKER, DAVID HANEY, ROBERT      *
COREY SASSER, RONNIE COOPER,     *
_____ BUTLER, JEREMY STAGNER,   *
TIMOTHY HOLLINGSWORTH,           *
CAMERON ARNOLD, RICHARD LESKA,   *
CLAYTON PALMER, CHRIS LOWTHER,   *
AND RESDEN TALBERT,              *
                                 *
      Defendants.                *
```

PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER

COME NOW the Plaintiffs, who seek clarification of the Order of Judge R. Stan Baker dated February 19, 2019 (Document 68). In the Order, the Court directed the Plaintiff to file a "Plaintiffs' Amended Complaint" that was to set forth verbatim paragraphs 1 - 10 of the original Complaint and paragraph 11 of the Supplemental Complaint, except the Plaintiffs were ordered to include the full names of the Defendants mentioned in paragraph 11 of the Amended Complaint.

An Answer in this case was filed by Eric Butler, who has been deposed. Eric Butler testified that he had nothing to do with the events which are the subject of this action, and the Plaintiffs stated in their response to the Motion for Summary Judgment that the record appeared to justify dismissal of Eric Butler. However, the Court has directed the Plaintiffs to serve Defendant Butler.

Another Officer Butler was involved in the subject incident, but he has never been named or served. In view of the Court's admonitions that the Plaintiffs should not make any additions, modifications or other amendments other than those explicitly ordered in the Court's Order, the Plaintiffs need clarification as to whether the Court intends for the Plaintiffs to name Eric Butler in the Amended Complaint or whether the Court is directing the Plaintiffs to name the correct Glynn County police officer with the "Butler" surname.

Wherefore, the Plaintiffs respectfully seek clarification of this point. The Plaintiffs' Amended Complaint seeking to comply with the directive from the Court has been filed with the Court.

Respectfully submitted on this the 26th day of February, 2019.

W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiffs
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia   31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ROXANNE KING and STACEY GRADY Individually and as Next Friend of MICHELLE A. _____ ALYSA A. _____ and CHRISTIAN G. _____, <br><br>Plaintiffs,<br><br>vs.<br><br>PARKER MARCY, DAVID HASSLER, HERSHELL GARRETT WRIGHT, D.J. WALKER, DAVID HANEY, ROBERT COREY SASSER, RONNIE COOPER, \_\_\_\_ BUTLER, JEREMY STAGNER, TIMOTHY HOLLINGSWORTH, CAMERON ARNOLD, RICHARD LESKA, CLAYTON PALMER, CHRIS LOWTHER, AND RESDEN TALBERT, | CIVIL ACTION NUMBER:<br>2:17-CV-00112-LGW-RSB |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this the 26th day of February, 2019.


/s/W. Douglas Adams
Georgia Bar Number: 004650
Attorney for Plaintiff
1829 Norwich Street
Post Office Box 857
Brunswick, Georgia  31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz