# United States District Court
## Southern District of Georgia

ROXANNE KING; and STACY GRADY, individually and as next of friend of her three minor children,

Plaintiff,

v.

PARKER MARCY, et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:17-cv-112

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 19, 2019, granting Defendants' Motion for Summary Judgment, judgment is hereby entered dismissing this case. This action stands closed.

Approved by: _____

September 23, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk